**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| 269 PROPERTY LLC, : | Index No. |
| Plaintiff(s) : | Date Purchased  /  /2024 |
| : | Plaintiff designates KINGS County |
| : | as the place of trial |
| : | The basis of the venue is: |
| : | Situs of Property |
| -against- : | 1275 Broadway, Brooklyn, New York 11221 |
| : | |
| NORTH AMERICAN RISK : | SUMMONS |
| SERVICES INC. : | |
| : | |
| Defendant(s) : | Plaintiff Office is at 131-31 Fowler Avenue |
| : | Flushing, New York 11355 |

To the above named defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Westchester, New York
Sept 12, 2024

Joseph A. Altman P.C.
Attorney(s) for Plaintiff
654 North Terrace Avenue
Fleetwood, New York, 10552
(718) 328-0422

Defendant's Address:
NORTH AMERICAN RISK SERVICES INC.
(NARS)
P.O. Box 950339
Lake Mary, FL 327950339

C:\Users\Robin\Documents\1-ALTMAN LAW\K\Kourani, Alex\S&C rev 10-30-24.doc

FILED: KINGS COUNTY CLERK 11/11/2024 04:37 PM                                                INDEX NO. 530342/2024
NYSCEF DOC. NO. 1       Case 1:26-cv-00528   Document 1-2   Filed 01/30/26   Page 3 of 7 PageID #: 10    RECEIVED NYSCEF: 11/11/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------x
269 PROPERTY LLC,                                : INDEX NO.:       - 2024
                                                 :
                        Plaintiff,               :
                                                 :
        -against-                                : **Verified Complaint**
                                                 :
NORTH AMERICAN RISK SERVICES INC.,               :
                                                 :
                        Defendant:               :
-------------------------------------------------------------x

The Plaintiff, 269 PROPERTY LLC, by its Attorneys, JOSEPH A. ALTMAN, P.C., sets forth and alleges:

1. That at all times hereinafter mentioned, the Plaintiff was and still is a Domestic Limited Liability Company, with its office in Queens County, New York, and is still the owner of 1275 Broadway, Brooklyn, New York, 11221.

2. That at all of the times hereinafter mentioned the Defendant, NORTH AMERICAN RISK SERVICES INC., ("NARS") was and still is a duly Licensed Insurance Company, authorized and doing business in the County of Kings, City and State of New York.

3. That heretofore and on or about September 29, 2023, the Defendant made and issued its certain policy insurance number 1ABPNY0514730800, duly signed and countersigned by its authorized agents, and delivered same to the Plaintiff, wherein and/or hereby the Defendant, in consideration of a premium duly paid by the Plaintiff to the Defendant, did insure the Plaintiff against all property loss and damage to an amount not exceeding $3,661,798.00 on the building, with a $2,500.00 deductible per covered loss occurrence and a coverage limit of $500,000.00 on the business personal property, with the coverage $500,000.00, with the personal property protection including all

permanent fixtures, contents pertaining to the said property, situate at No. 1275 Broadway, County of Kings, City and State of New York.

   4. That at the time of the making and issuing of said policy of insurance and at all the times thereafter until and including the 29th day of September, 2023, the Plaintiff was the sole owner of the premises situate at No. 1275 Broadway, County of Kings, City and State of New York.

   5. That the said policy of Insurance numbered 1ABPNY0514730800 was a Commercial Business Policy as required by the Laws of the State of New York.

   6. That on the 29th day of September 2023, and while said Policy of Insurance was in full force and effect the property hereinbefore described and described in said Policy of Insurance, being a commercial business, including all permanent fixtures, pertaining to the dwelling, situate at No. 1275 Broadway, County of Kings, City and State of New York was damaged by water and other unknowns in the amount of $500,000.00 for damage to the building and the sum of $500,000.00 for loss/damage to its contents.

   7. That the Plaintiff had no other policies of Insurance in effect, at the time of the loss.

   8. That the liability of the Defendant under said Policy of Insurance Numbered 1ABPNY0514730800 for said loss and damage to said property situate at the dwelling located at 1275 Broadway, County of Kings, City and State of New York, is the sum of $500,000.00, for property damage and in the sum of $500,000.00 loss/damage to its contents.

   9. That the Plaintiff gave to the Defendant timely notice in writing of said loss and damages.

   10. That written proof of loss, in the form and as required by said Policy of Insurance, in and by which proof the Plaintiff demanded in writing that in case the Defendant failed to

agree with the Plaintiff as to the amount of said loss or as to the sound value of said property, as stated in said proof, an appraisal to be and has been provided. The Plaintiff in and by said proof selected a competent and disinterested person, as its appraiser; that the Defendant has retained said proof of loss.

11. That the Plaintiff, before the commencement of this Action, has duly performed all of the conditions of said Policy of Insurance of its part; that more than sixty days have elapsed since the receipt by the Defendant of said proof of loss required by said Policy, and before the commencement of this Action, and that twenty-four months have not elapsed since said loss and damage occurred.

12. That the Defendant has not paid to the Plaintiff any money otherwise due, leaving a balance due on the claim for in the sum of $500,000.00 for property damage and $500,000.00 for personal property and content. That demand for the payment of said sum has been made and refused.

WHEREFORE, the Plaintiff demands Judgment against the Defendant in the sum of $500,000.00 as to damage to the subject property, and $500,000.00, with interest as to personal property and contents from September 29, 2023, together with costs and disbursements and for such other and further relief to the Court seems just and proper.

Dated:	Westchester, New York
	Sept. 12, 2024

	Yours, etc.

	Joseph A. Altman, Esq.
	JOSEPH A. ALTMAN, P.C.
	Attorneys for Plaintiff
	654 North Terrace Avenue
	Fleetwood, New York, 10552
	(718) 328-0422

C:\Users\Robin\Documents\1-ALTMAN LAW\K\Kourani, Alex\S&C rev 10-27-24.doc

STATE OF NEW YORK,
                                    ss)
COUNTY OF Queens

X  **CORPORATE VERIFICATION**

I, Haimo Zhong am the Member of 269 Property LLC a domestic LLC

and a party in the within action; I have read the foregoing SUMMONS & COMPLAINT, and know the contents thereof; the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief; and as to those matters I believe it to be true. This verification is made by me because the above party is a LLC and I am A Member thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Review of Files & conversations with Employees

Sworn to before me
on the 12th day of Sept 2024

Sup Yee Chan
Notary Public, State of New York
No.01CH6269264
Qualified in Queens County
Commission Expires September 24, 2024

Haimo Zhong

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------X

269 PROPERTY LLC,

                              Plaintiff,

-against-

NORTH AMERICAN RISK SERVICES INC.,

                              Defendant:

INDEX NO.:   - 2024

-------------------------------------------------------X

## SUMMONS AND VERIFIED COMPLAINT

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

**PLEASE TAKE NOTICE:**

**NOTICE OF ENTRY**

that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on

Dated:
Yours, etc.
Attorney for

Joseph A. Altman, P.C.
654 North Terrace Avenue
Fleetwood, New York, 10552

**NOTICE OF SETTLEMENT**

that an order        of which the within
is a true copy     will be presented to the
Hon.              one of the judges of the
within named Court, at
on             at         M.
Dated:
Yours, etc.
Attorney for

Joseph A. Altman, P.C.
654 North Terrace Avenue
Fleetwood, New York, 10552

### ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the **SUMMONS AND VERIFIED COMPLAINT** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.